

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00121-CV

_____

JACQUELINE LEE MORRIS, Appellant

V.

RON MORRIS, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-306613-19

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On June 30, 2020, and July 15, 2020, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: August 20, 2020

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).